```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11448
    PERCY JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2642


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/27/2007 and was confirmed 09/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was completed - no discharge 01/11/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
AMERICAN HONDA FINANCE    SECURED VEHIC      340.00            .00         340.00
LITTON LOAN SERVICING     CURRENT MORTG         .00            .00            .00
LITTON LOAN SERVICING     MORTGAGE ARRE         .00            .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY     NOT FILED            .00            .00
ACCREDITED HOME LENDERS   UNSECURED       NOT FILED            .00            .00
AMERICAN EXPRESS TRAVEL   UNSECURED           12.05            .00          12.05
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00            .00
CREDIT UNION OF TEXAS     UNSECURED         3576.99            .00        3576.99
MACYS DSNB                UNSECURED       NOT FILED            .00            .00
MARSHALL FIELDS           UNSECURED       NOT FILED            .00            .00
MEDICAL COLLECTIONS SYS   UNSECURED       NOT FILED            .00            .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED            .00            .00
SEARS/CBSD                UNSECURED       NOT FILED            .00            .00
SHELL/CITI                UNSECURED       NOT FILED            .00            .00
TRI CAP INVESTMENT PARTN  FILED LATE        1479.50            .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      2,000.00                       2,000.00
TOM VAUGHN                TRUSTEE                                           407.35
DEBTOR REFUND             REFUND                                          2,357.07

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               8,693.46

PRIORITY                                              .00
SECURED                                            340.00
UNSECURED                                        3,589.04
ADMINISTRATIVE                                   2,000.00
TRUSTEE COMPENSATION                               407.35
DEBTOR REFUND                                    2,357.07
                     ---------------       ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 11448 PERCY JOHNSON
```

```
TOTALS                              8,693.46              8,693.46
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 04/24/08                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```